JOHN F. BREEDING d. b. a. *vs.* CHARLES M. ADAMS Adm'r. p. b. r.

Sussex County, April Term, 1896.

**Justice of the Peace. Jurisdiction. Appearance.**—On a complaint for trespass, before a Justice of the Peace, an affidavit is required to give jurisdiction and the defect is not cured by an appearance.

This was a *certiorari.* The defendant, Charles M. Adams, adm'r., made complaint against John F. Breeding, before a Justice of the Peace, for trespass, and judgment was rendered against the defendant. The record showed that no affidavit was filed, as required by the statute and that the defendant appeared.

*Moore* and *Cahall,* for the appellant, filed an exception to the record, contending that it was erroneous, in that it failed to show an affidavit filed.

*Richards* and *Boyce,* for the defendant, contended that the appearance cured this defect.

The Court ruled that appearance could not give jurisdiction and the judgment below was reversed.